Rel: May 9, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0097

Waterstone Homes, LLC v. Chad Cox and Chrystal Cox (Appeal from Jefferson Circuit Court: CV-22-902736).

McCOOL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Wise, Sellers, and Mitchell, JJ., concur.